ORIGINAL



FILED

01/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0748

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0748

STATE OF MONTANA,

Plaintiff and Appellant,

v.

JONATHAN PARTAIN,

Defendant and Appellee.

ORDER

FILED

JAN 0 9 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

The State of Montana petitions for an out-of-time appeal from the November 20, 2023 Judgment of the Fourth Judicial District Court, Missoula County, in Cause No. DC-22-711. Defendant and Appellee Jonathan Partain objects to this motion.

M. R. App. P. 4(6) provides, "In the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice, the supreme court may grant an out-of-time appeal." Pertinent to the present matter, the State initially petitioned for writ of supervisory control in this case because it had concluded that it did not have the statutory right to appeal the District Court's ruling in this criminal matter. We denied the State's petition, concluding the State had a right to appeal the final judgment under § 46-20-103(2)(h), MCA. We further held the petition for writ of supervisory control was denied "without prejudice to the State's right to appeal the final judgment in Partain's criminal case." *State v. Mont. Fourth Judicial Dist. Court*, No. OP 23-0684, Order (Mont. Dec. 27, 2023).

Partain's objection notwithstanding, it would be unjust for this Court, having denied the State's petition for writ on the basis that the state had a right to appeal, to deny the State the right to appeal.

IT IS THEREFORE ORDERED that the petition for an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that, on or before January 29, 2024, the State shall prepare, file, and serve a Notice of Appeal and a Request for Transcripts, if necessary, in compliance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this _____ day of January, 2024.

 

 

_____
Chief Justice

_____

_____

_____

_____
Justices